# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 18-80365  
**Case Name:** PERE MARQUETTE GARAGE MT, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (330780) Andrew S. Erickson  
**Date Filed (f) or Converted (c):** 12/06/2018 (c)  
**§ 341(a) Meeting Date:** 04/16/2018  
**Claims Bar Date:** 07/15/2018

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Adversary case against Monte Brannan (see asset in GEM case) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Adversary case against Gary Matthews (see asset in GEM case) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | **Assets Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TIR 3-31-22: See Report lead case in jointly administered case, GEM HOSPITALITY, LLC case 18-80361

To do: File adversary complaints on preferential payments (3/17/2020)

10.23.19 - Adversary against Brannan voluntarily dismissed due to lack of standing. GEM joined Matthews in lawsuit against the City of Peoria (tortious interference with business relations), in beginning stages. Requests for voluntary turnover of preferential payments sent

Adversary cases against Monte Brannan (19-8024) and Gary Matthews (19-8025) for fraudulent transfers

**Initial Projected Date Of Final Report (TFR):** 03/17/2021  
**Current Projected Date Of Final Report (TFR):** 12/15/2022

05/12/2022  
Date

/s/Andrew S. Erickson  
Andrew S. Erickson